IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:25CR289-1 |
| TIMOTHY ALAN SNYDER | : |

The Grand Jury charges:

COUNT ONE

On or about the May 4, 2024, in the County of Stanly, in the Middle District of North Carolina, TIMOTHY ALAN SNYDER, in connection with the attempted acquisition of a firearm, that is, a Smith & Wesson .40 caliber handgun, from a licensed dealer in firearms, that is, All Seasons Outdoor and Pawn, 12301 NC Highway 24, in Locust, North Carolina, knowingly made a false and fictitious statement likely to deceive such dealer with respect to facts material to the lawfulness of the sale and other disposition of such firearm, pursuant to Chapter 44, Title 18, United States Code; in that TIMOTHY ALAN SNYDER certified on an ATF Form 4473, Firearms Transaction Record, in response, to question 21.d., "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a

shorter sentence including probation?," Snyder placed an "X" in the box labeled "No", when in truth and in fact, as TIMOTHY ALAN SNYDER then well knew, he had been convicted in a court of a felony; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO

On or about May 4, 2025, in the County of Stanly, in the Middle District of North Carolina, TIMOTHY ALAN SNYDER knowingly made a false statement and representation to All Seasons Outdoor and Pawn, 12301 NC Highway 24, in Locust, North Carolina, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of All Seasons Outdoor and Pawn, in that the defendant certified on an ATF Form 4473, Firearms Transaction Record, in response, to question 21.d., "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?," Snyder placed an "X" in the box labeled "No", when in truth and in fact, as TIMOTHY

2

ALAN SNYDER then well knew, he had been convicted in a court of a felony; in violation of Title 18, United States Code, Section 924(a)(1)(A).

DATED: August 25, 2025

CLIFTON T. BARRETT
United States Attorney

*Laura J. Dildine*
BY: LAURA J. DILDINE
Assistant United States Attorney

A TRUE BILL:

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

3

Case 3:25-mj-00290-DCK   Document 1   Filed 10/29/25   Page 3 of 3