# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TIMOTHY ALAN SNYDER | ) | Case No. 1:25CR289-1 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **TIMOTHY ALAN SNYDER**, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Knowingly made a false and fictitious statement on ATF Form 4473 with respect to the sale and other dispostion of a firearm in violation of 18:922(a)(6) and 924(a)(2); Felon knowingly made a false and fictitious statement on ATF Form 4473 in violation of 18:924(a)(1)(A).

The Unites States Attorney requests a detention hearing.

Date: 08/26/2025

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

RECEIVED
AUG 2 6 2025
US Marshals Service. M NC

*Arresting officer's signature*

*Printed name and title*