# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Timothy Alan Snyder<br>*Defendant* | Case No: 3:25–mj–00290–DCK<br>Charging District: Middle District of North Carolina<br>Charging District's Case No: 1:25CR289-1 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Appear as directed by the Middle District of North Carolina. | Courtroom No.: |
|---|---|
| | Date and Time |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __October 30, 2025__

David C. Keesler
United States Magistrate Judge